JS-6

1  Willmore F. Holbrow, III (SB# 169688)
2  bill_holbrow@bstz.com
   James W. Ahn (SB#243335)
3  James_ahn@bstz.com
4  BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
   12400 Wilshire Boulevard, Seventh Floor
5  Los Angeles, California 90025
   Tel:  (310) 207-3800
6  Fax:  (310) 820-5988
7
8  Attorneys for Plaintiff SPIRIT CLOTHING COMPANY
9
10                  **UNITED STATES DISTRICT COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**
11                         **WESTERN DIVISION**

12  SPIRIT CLOTHING COMPANY, a          ) Case No:  CV 14-03475-GW(CWx)
13  California corporation              )
                                        )
14       Plaintiff/Counterdefendant     ) **ORDER ON PARTIES'**
                                        ) **STIPULATION OF DISMISSAL**
15  vs.                                 )
16                                      )
                                        )
17  EXIST, INC., a Florida corporation  )
18                                      )
         Defendant/Counterclaimant.     )
19                                      )
20  _____       )

21
22
23
24
25
26
27
28

                                        1

The Court having considered the parties Stipulation of Dismissal, and good cause appearing therefor, orders as follows:

1. The action, including all claims and counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO ORDERED.

Dated: January 29, 2015

_____
GEORGE H. WU, U.S. DISTRICT JUDGE